# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TERRELL MICKELS, #11733-003,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 14-86-WS-N |
| **JOHN MOORE,** | : |
| Defendant. | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because plaintiff's claims are either frivolous or fail to state a claim upon which relief can be granted.

**DONE** this 24th day of September, 2014.

                                                              s/WILLIAM H. STEELE
                                                               **CHIEF UNITED STATES DISTRICT JUDGE**